IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **JAMES W. KYSER,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | Case No.: 09-98-M |
| | * | |
| **NATIONWIDE CREDIT SERVICES,** | * | |
| **INC., d/b/a as NCS CORP,** | * | |
| | * | |
| Defendant. | * | |

## NOTICE OF SERVICE

COME NOW the Plaintiff in the above-styled cause, by and through his undersigned attorney and gives notice that following has been served on Defendant:

Plaintiff's First Set of Interrogatories and Requests for Production - served June 22, 2009.

Plaintiff's Initial Disclosures - served July 14, 2009.

                                                                            s/Kenneth J. Riemer
                                                                            KENNETH J. RIEMER (RIE003)
                                                                             Attorney for James W. Kyser
                                                                             Post Office Box 1206
                                                                              Mobile, Alabama 36633
                                                                             (251) 432-9212
                                                                             (251) 433-7172 (fax)
                                                                             kjr@alaconsumerlaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that on the 14th day of June, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                                      s/Kenneth J. Riemer
                                                    KENNETH J. RIEMER (RIE003)