```
        IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF ALABAMA
                  SOUTHERN DIVISION
```

```
JAMES W. KYSER,                  :
                                 :
     Plaintiff,                  :
                                 :
vs.                              :    CIVIL ACTION 09-0098-M
                                 :
NATIONWIDE CREDIT SERVICES,      :
INC.,                            :
                                 :
     Defendant.                  :
```

ORDER

By email, counsel for the parties have notified the Court that this action has been settled. It is therefore **ORDERED** that this action is **DISMISSED** from the active docket of the Court, **with prejudice**, provided that either party may reinstate this action within thirty days of entry of this order if the settlement agreement is not consummated.

No other order will be forthcoming from the Court except upon application by either party for final judgment as prescribed by Fed.R.Civ.P. 58. Local Rule 54.1 and 28 U.S.C. § 1924 govern the taxation of costs.

DONE this 30th day of November, 2009.

                              s/BERT W. MILLING, JR.
                              UNITED STATES MAGISTRATE JUDGE